MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8939
    Facsimile: (415) 977-0134
    Email: Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNI MELLISSA PRUETT, | No. 4:13-cv-04868-JSW |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER EAJA |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DISTRICT COURT JUDGE HAYWOOD S. GILLIAM, JR.

The parties, through their undersigned counsel, stipulate to extend Defendant's time to respond to Plaintiff's motion for attorney fees under EAJA by 30 days as follows. Defendant shall have until Wednesday, August 12, 2015 to file her response. Defendant respectfully requests this extension in order to carefully consider Plaintiff's fee breakdown and further engage in settlement discussions in light of the high amount of EAJA fees requested. If necessary, this additional time will also allow Defendant to prepare and review an opposition to Plaintiff's motion.

Stip. & Prop. Order Extending Time, 4:13-cv-04868-JSW

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |

Dated: July 13, 2015        */s/ Robert Chipley Weems*

                                               [As authorized via phone on July 13, 2015]
                                               ROBERT CHIPLEY WEEMS
                                               Weems Law Offices
                                               Attorney for Plaintiff

                                               Melinda L. Haag
                                               United States Attorney

Dated: July 13, 2015        By:   */s/ Jeffrey Chen*
                                                    JEFFREY CHEN
                                                    Special Assistant U.S. Attorney

                                               Attorney for Defendant

<u>ORDER</u>

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: _Lwn{ "35."4237_

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Prop. Order Extending Time, 4:13-cv-04868-JSW

2