Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   rcweems@weemslawoffices.com

Attorneys for Defendant
   JAYNI MELLISSA PRUETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jayni Mellissa Pruett,<br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>   Defendant. | Case No. 3:13-cv-04868-HSG<br><br>ORDER AND STIPULATION AWARDING EAJA FEES |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff, Jayni Mellissa Pruett, will be awarded attorney fees and costs in the amount of:

   Twelve Thousand Five Hundred Dollars and No Cents ($12,500.00) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in the amount of $12,500.00 in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

   After the Court issues an order for EAJA fees to plaintiff, the Defendant will consider any assignment of EAJA fees to attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2552-2553 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

   Fees shall be made payable to Jayni Mellissa Pruett, but if the Department of the Treasury

1 determines that Jayni Mellissa Pruett does not owe a federal debt, then the government shall cause
2 the payment of fees to be made directly to the Mr. Robert C. Weems plaintiff's attorney or record,
3 pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to counsel.
4     This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees
5 and recoverable costs and does not constitute an admission of liability on the part of Defendant.
6     SO STIPULATED AND AGREED, this 12th day of August, 2015.

| WEEMS LAW OFFICES | MELINDA L. HAAG |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Regional Chief Counsel |

/s/Robert C. Weems                         By:  /s/ Jeffrey T. Chen
ROBERT C. WEEMS,                                JEFFREY T. CHEN
Attorney for Plaintiff,                         Special Assistant U. S. Attorney
Jayni Mellissa Pruett                           Attorneys for Defendant
                                                CAROLYN W. COLVIN,
                                                Acting Commissioner Of Social Security
                                                (per e-mail OK to Mr. Ragnes 8/12/15)

## ORDER

PURSUANT TO THE TERMS OF THE FOREGOING STIPULATION OF THE PARTIES, DEFENDANT SHALL PAY TO PLAINTIFF OR PLAINTIFF'S COUNSEL THE AMOUNT OF TWELVE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($12,500.00) AS AN AWARD FOR FEES AND COSTS PURSUANT TO 28 USC U.S.C. §§ 2412(D).

SO ORDERED:

Date: August 13, 2015

Hon. Haywood S. Gilliam, Jr.,
Unites States District Judge